UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anita Huff,

Plaintiff,

v. Civil No.: 02-3 (MJD/JGL)

Hennepin County/Powderhorn Partner,

Defendant.

---

ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the civil rights list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above captioned case.

DATED: January 6 , 2002

Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge

JAN 07 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

January 7, 2002

Anita Huff, Civil No. 02-0003 MJD/JGL

Plaintiff,

v.

Hennepin County/Powderhorn Partner,
Defendant.

Civil No. 02-0003 JRT/FLN

This case no. 02-0003 has been re-assigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel.

Please note new judge initials above and refer to those initials when filing pleadings with the District Court.