UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anita Huff,

Plaintiff,

v.

Hennepin County/Powderhorn Partners,

Defendant.

**Case File No. 02-0003 JRT/FLN**

**STIPULATION OF THE PARTIES AND ORDER TO AMEND PRETRIAL SCHEDULE ORDER**

The parties, by and through their counsel of record, hereby stipulate, agree and jointly move the Court to amend the Court's Pretrial Scheduling order as follows:

That the Plaintiff shall have until March 31, 2003 to respond to Defendant's Summary Judgment Motion;

That Defendant shall have until April 14, 2003, which is past the date in parties' Pretrial Schedule Order to respond to Plaintiff's Summary Judgment response to the said Defendant's Summary Judgment motion; and

That the said changes would not affect the trial date set for this case.

Dated: March 10, 2003

**OBASI LAW OFFICE**

Christopher O. Obasi, #296223
5740 Brooklyn Boulevard
Brooklyn Center, MN 55429
(763) 560-8417
Fax (763) 560-8420

Attorney for the Plaintiff

FILED MAR 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 11, 2003

Cheri Sudit (156164)
Assistant Hennepin County Attorney
Hennepin County Attorneys Office
C-2000 Government Center
300 South Sixth Street
Minneapolis, MN 55487
PH: (612) 348-4984 FAX (612) 348-8299

Attorney for Defendant

**IT SO ORDERED**

That the Plaintiff shall have until March 31, 2003 to respond to Defendant's Summary Judgment Motion, and Defendant shall have until April 14, 2003 to file a Reply Memorandum and file its Summary Judgment Motion with the Court.

Date: March 14, 2003

By: ______________________
The Honorable John R. Tunheim
Judge of U.S. District Court